

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-25-00333-CV

Fernando **FLORES** & All Other Occupants,
Appellant

v.

Jose B. **FRANCO**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2025CV03313
Honorable Cesar Garcia, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. We order that no costs be assessed against appellant because he qualifies as indigent under Texas Rule of Appellate Procedure 20.

SIGNED August 27, 2025.

_____
Lori I. Valenzuela, Justice